**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMANDO JULIO BELTRAN, | NO. CV 10-09619 JHN (SS) |
|     Petitioner, | |
|     v. | **JUDGMENT** |
| ROBERT H. TRIMBLE, Acting Warden, | |
|     Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 28, 2011

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JACQUELINE H. NGUYEN
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE